# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**SHIRLEY DELORES NIXON ELLIMAN,**

    Plaintiff,

v.                                                                      **Case No. 18-CV-365**

**MILWAUKEE COUNTY BEHAVIORAL HEALTH DIVISION,**

    Defendant.

## REPORT AND RECOMMENDATION
## DISMISS FOR LACK OF DILIGENCE

Plaintiff Shirley Delores Nixon Elliman, who is proceeding without the assistance of counsel, filed this action on March, 2, 2018. ECF No. 1. The matter was randomly assigned to this Court, and Ms. Nixon Elliman consented to magistrate judge jurisdiction. *See* 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73(b).

On May 17, 2018, the Court entered an Order providing Ms. Nixon Elliman an opportunity to file an amended complaint addressing the issues identified in the Court's Screening Order. *Id.* The Court ordered the amended complaint to be filed by June 18, 2018. Ms. Nixon Elliman did not take any action or communicate with the Court in any way by June 18, 2018.

On June 27, 2018, the Court issued a show-cause order, directing Ms. Nixon Elliman to explain her failure to comply with Court Orders. ECF No. 5. The show-cause order indicated that Ms. Nixon Elliman's failure to respond may result in dismissal of this action for lack of diligence pursuant to Fed. R. Civ. P. 41(b) and

E.D. Wis. Civ. L. R. 41(c). Ms. Nixon Elliman's response was due on or before July 20, 2018. To date, the Court has not received Ms. Nixon Elliman's response to the show-cause order. Accordingly, the Court will recommend that the action be dismissed for lack of diligence.

**NOW, THEREFORE, IT IS HEREBY RECOMMENDED** that, pursuant to Fed. R. Civ. P. 41(b) and E.D. Wis. Civ. L. R. 41(c), this action be **DISMISSED** for lack of diligence.

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 72(b)(2), and E.D. Wis. Gen. L. R. 72(c), whereby written objections to any recommendation herein, or part thereof, may be filed within fourteen days of service of this Recommendation. Objections are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Failure to file a timely objection with the district judge shall result in a waiver of your right to appeal. If no response or reply will be filed, please notify the Court in writing.

Dated at Milwaukee, Wisconsin, this 13th day of August, 2018.

**BY THE COURT:**

*s/David E. Jones*
DAVID E. JONES
United States Magistrate Judge
