UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHIRLEY DELORES NIXON ELLIMAN,

    Plaintiff,

v.      Case No. 18-C-365

MILWAUKEE COUNTY BEHAVIORAL
HEALTH DIVISION,

    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

Based upon the report and recommendation of Magistrate Judge David E. Jones, this case is ordered dismissed without prejudice for lack of prosecution pursuant to Civil L.R. 41(c). The Clerk is directed to enter Judgment forthwith.

**SO ORDERED** this  31st  day of August, 2018.

    s/ William C. Griesbach
    William C. Griesbach, Chief Judge
    United States District Court